UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
2/14/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **JOSE ANTONIO COSSIO Jr.,** ) | MOTION FOR TEMPORARY |
| *Plaintiff* ) | RESTRAINING ORDER AND |
| ) | PRELIMINARY INJUNCTION |
| **THE AIR FORCE COURT OF** ) | |
| **CRIMINAL APPEALS; THE** ) | Case No.:  22-CV-00110 |
| **DEPARTMENT OF THE AIR FORCE;** ) | |
| **and FRANK KENDALL; Secretary of the** ) | Hon. Harry Leinenweber |
| **Air Force,** ) | *Presiding Judge* |
| *Defendants* ) | |
| ) | Hon. Beth W. Jantz |
| ) | *Magistrate Judge* |

## MOTION FOR RE-REQUEST OF COUNSEL

PLAINTIFF JOSE ANTONIO COSSIO Jr., Pro Se, requests that this court request a new counsel to represent Plaintiff for the following reasons;

1. On 8 February 2022 this Court requested that Barbara Revak represent Plaintiff. Plaintiff learned of this appointment on 11 February 2022 and is grateful to this Court.
2. However, Plaintiff attempted to call Attorney Ravak at the listed number (773) 752-2000, but the number was disconnected. Plaintiff sent an email and did not receive a response.
3. The ARDC has the same number listed, and it appears that the business is listed as closed (See attachments).

**WHEREFORE**, Plaintiff respectively request a new Attorney be re-recruited.

Mr. JOSE A. COSSIO JR.
Plaintiff, Pro Se
4521 S. Wisconsin Ave
Forest View IL, 60402
(312)608-0009

1

**Defendant's Addresses, Telephone and Facsimile Numbers**

**Deliver Summons and Complaint to:**

US Attorney's Office, Northern District of Illinois
5th Floor
219 Dearborn St
Chicago, IL 60604-1702
Phone: (312) 353-5300
Fax: (312) 353-2067

Frank Kendall
Secretary of the Air Force
1670 Air Force Pentagon
Washington, DC 20330-1670

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

# ATTACHMENTS



4