

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSE ANTONIO COSSIO Jr.,**  *Plaintiff* | ) ) ) ) Case No.: 22-CV-00110 |
| **THE AIR FORCE COURT OF CRIMINAL APPEALS; THE DEPARTMENT OF THE AIR FORCE; and FRANK KENDALL; Secretary of the Air Force,**  *Defendants* | ) ) **Hon. Harry Leinenweber**   *Presiding Judge* ) ) **Hon. Beth W. Jantz**   *Magistrate Judge* |

## MOTION FOR APPOINTMENT OF COUNSEL

PLAINTIFF JOSE ANTONIO COSSIO Jr., Pro Se, requests that this court request a new counsel to represent Plaintiff for the following reasons;

1. On 8 February 2022 this Court requested that Barbara Revak represent Plaintiff. Plaintiff learned of this appointment on 11 February 2022 and is grateful to this Court.
2. However, Plaintiff attempted to call Attorney Revak at the listed number (773) 752-2000, but the number was disconnected. Plaintiff sent an email and did not receive a response.
3. The ARDC has the same number listed, and it appears that the business is listed as closed (See attachments).
4. Plaintiff has no way to communicate with Attorney Revak, and the issues in this case are time-sensitive.

**WHEREFORE**, Plaintiff respectively request a new attorney be re-appointed.

Mr. JOSE A. COSSIO JR.
Plaintiff, Pro Se
(312) 608-0009

1

**Defendant's Addresses, Telephone and Facsimile Numbers**

**Deliver Summons and Complaint to:**

US Attorney's Office, Northern District of Illinois
5th Floor
219 Dearborn St
Chicago, IL 60604-1702
Phone: (312) 353-5300
Fax: (312) 353-2067

Frank Kendall
Secretary of the Air Force
1670 Air Force Pentagon
Washington, DC 20330-1670

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

# ATTACHMENTS



# Barbara Jean Revak

as of 2/15/2022 11:07:18 AM

| | |
|---|---|
| **Full Licensed Name** | Barbara Jean Revak |
| **Full Former Name(s)** | None |
| **Registered Address** | Law Office of Barbara Revak<br>7411 S Stony Island Ave<br>Chicago, Illinois 60649-3613 |
| **Registered Phone** | (773) 752-2000 |

| | |
|---|---|
| **Date Admitted** | November 26, 1974 |
| **Illinois Registration Status** | Active and authorized to practice law – Last Registered Year: 2022 |
| **Malpractice Insurance** | In annual registration, the attorney reported that the attorney, or the attorney's firm, does not maintain malpractice insurance. (Some attorneys, such as judges, government lawyers, and in-house corporate lawyers, may not carry coverage due to the nature of their practice setting.) |

## Public Record of Discipline and Pending Proceedings

None